Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

**CLERK, U.S. DISTRICT COURT**

9/2/2021

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____LM_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

5:21-mj-00568

| | |
|---|---|
| UNITED STATES OF AMERICA — PLAINTIFF | CASE NUMBER: 21MJ0972-LL |
| v. | |
| DUSTIN EVANS | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 628966-509 — DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09/02/2021 at 08:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 09/02/2021 at 08:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 952  Failure to Appear

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Cesar Perez  (please print)

12. Office Phone Number: 951-276-6120

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 09/02/2021

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION